UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: )
Stephen George Thomas ) Case No. 21-03544-JJG-13
DEBTOR(S) )

## AGREED ENTRY

To resolve pending issues between the parties hereto, it is agreed as follows:

The Debtor has paid a total of $7,100.00 to the Chapter 13 Trustee through the first 18 months of the plan (August 24, 2021 – February 23, 2023). Starting February 24, 2023, Debtor shall pay $100.00 per month for the next 1 month of the plan (February 24, 2023 – March 23, 2023). Starting March 23, 2023, Debtor shall pay $450.00 per month for the remaining 20 months of the plan ($450.00 x 20 = $9,000.00). The plan base remains $16,200.00, but the plan length is hereby extended to 39 months. All other aspects of the Order Confirming Plan (Doc. #19), dated September 23. 2021, remain in full force and effect.

WHEREFORE, the parties hereto have agreed to the above terms and ask the Court to approve same.

DATE: 2/9/23

DATE: February 9, 2023

DATE: 2/7/23

CHAPTER 13 TRUSTEE (OR STAFF COUNSEL)

DEBTOR'S COUNSEL

DEBTOR